McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | CR. S-07-262 LKK |
| Plaintiff,  ) | |
| ) | ORDER CONTINUING STATUS |
| v.  ) | CONFERENCE |
| ) | |
| JUAN DAVID ROJO-OLVERA,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

The status conference in case number S-07-262 LKK, set on June 26, 2007, at 9:30 am, is continued to August 14, 2007, at 9:30 am, and the time beginning June 26, 2007, and extending through August 14, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The parties need additional time to investigate details of the case in order to engage in productive plea negotiations.  Such additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that interests of justice served by granting this continuance outweigh

///

the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: June 28, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT