McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-262 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| JUAN DAVID ROJO-OLVERA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties appeared before the Court on August 14, 2007, in case number S-07-262 LKK.  At that time, based upon the representations of both counsel, the Court ordered that the status conference be continued to August 28, 2007, at 9:30 a.m., and that the time beginning August 14, 2007, and extending through August 28, 2007, be excluded from the calculation of time under the Speedy Trial Act.

The parties need additional time to investigate details of the case in order to engage in productive plea negotiations.  In particular, the government intends to deliver to defense counsel additional discovery relating to the defendant and several

1

1  witnesses.  This material affects ongoing plea negotiations as it
2  may have a direct impact on sentencing.
3      The additional time is necessary to ensure effective
4  preparation, taking into account the exercise of due diligence.
5  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that interests of
6  justice served by granting this continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(8)(A).
9  IT IS SO ORDERED.

Dated: August 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT