**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JUAN ROJO-OLVERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-07-0262-LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO |
| ) | SEPTEMBER 25, 2007 |
| JUAN ROJO-OLVERA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____) | |

     Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. Kyle Reardon, and defendant, JUAN ROJO-OLVERA represented by Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Tuesday, August 28, 2007, at 9:30 a.m., before the Honorable Senior District Court Judge, Lawrence K. Karlton, shall be continued to Tuesday, September 25, 2007, at 9:30 a.m..

     Ana Rivas, the Court's deputy clerk, was contacted by counsel to check the proposed date and the date of Tuesday, September 25, 2007, was open and available for the Court for a further status hearing date. No trial date has been set. The defendant is in custody.

1

**SPEEDY TRIAL ACT-EXCLUSION OF TIME**

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., based on the needs of counsel to prepare pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A), for the following factual reasons:

1-The government has provided to defense counsel over 190 pages of discovery which has been and is being reviewed. The defendant is in custody in the Sacramento County Jail.

2- The government and the defense have been in plea negotiations over many weeks. The government has provided additional discovery throughout this time period, and even today provided additional discovery. The additional discovery has and is being reviewed with the defendant as it is being produced by the government.

3- During these goof faith negotiations, there has arisen some material, factual issues regarding sentencing that requires the defense to do some investigation. Defense counsel has discussed this with the government and the government agrees that the defense does need to do the investigation. The continuance will allow this investigation to happen.

4- In addition, there are now legal issues regarding sentencing that need to be researched and the additional time will allow this to happen.

5- The government and the defense have been mutually attempting in good faith to reach agreements on sentencing issues so as to resolve this matter short of trial. This additional continuance will allow the on going negotiations in good faith to continue.

Finally, James R. Greiner has been authorized by counsel for the government via telephone conference to sign this stipulation on her behalf.

2

                        Respectfully submitted,

                        McGREGOR W. SCOTT
                        UNITED STATES ATTORNEY

DATED: 8-22-07

                        /s/ KYLE REARDON authorized by telephone

                        _____
                        KYLE REARDON
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEYS FOR THE PLAINTIFF

DATED: 8-22-07

                        /s/ JAMES R. GREINER

                        _____
                        JAMES R. GREINER
                        ATTORNEY FOR DEFENDANT
                        JUAN ROJO-OLVERA

## ORDER

**FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

DATED: August 23, 2007

                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT