**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JUAN ROJO-OLVERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-07-0262-LKK |
| ) | |
| PLAINTIFF, ) | ORDER RE CONTINUANCE OF STATUS |
| ) | CONFERENCE TO TUESDAY, |
| v. ) | DECEMBER 4, 2007 |
| ) | |
| JUAN ROJO-OLVERA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler who appeared for counsel of record Mr. Kyle Reardon, and defendant, JUAN ROJO-OLVERA represented by Mr. James R. Greiner, appeared in Court along with the defendant, JUAN ROJO-OLIVERA. Defense counsel requested this matter be continued to Tuesday, December 4, 2007, to allow for additional time to do investigation on the case which could potentially effect sentencing issues in the case. The government had no opposition as long as time under the Speedy Trial Act was excluded up to and including Tuesday, December 4, 2007.

Defense counsel requested the Court find that time under the Speedy Trial Act be excluded pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4, finding that the interests of justice are best served by granting this continuance

1

which outweigh the best interests of the public, the government and the defendant in a speedy trial under Title 18 U.S.C. § 3161(h)(8)(A), for the following factual reasons:

1- The government has provided to defense counsel over 190 pages of discovery which has been and is being reviewed. The defendant is in custody in the Sacramento County Jail.

2- The government and the defense have been in plea negotiations over many weeks. The government has provided additional discovery throughout this time period. The additional discovery has and is being reviewed with the defendant as it is being produced by the government.

3- During these good faith negotiations between the parties in an attempt to resolve the matter short of trial, there has arisen some material, factual issues regarding sentencing that requires the defense to do some investigation. Defense counsel has discussed this with the government and the government agrees that the defense does need to do the investigation. The continuance will allow this investigation to happen.

4- In addition, there are now legal issues regarding sentencing that need to be researched and the additional time will allow this to happen.

5- The government and the defense have been mutually attempting in good faith to reach agreements on sentencing issues so as to resolve this matter short of trial. This additional continuance will allow the on going negotiations in good faith to continue.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 29, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2