# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## INTEROFFICE MEMORANDUM

**TO:** Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

**FROM:** Teresa C. Hoffman TCH
United States Probation Officer

**DATE:** January 31, 2008

**SUBJECT:** Juan ROJO-OLVERA
Docket Number: 2:07CR00262-01
JUDGMENT AND SENTENCING CONTINUANCE

**FILED**

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

The above matter is scheduled for judgment and sentencing on February 12, 2008. Due to some unforeseen personal issues, defense counsel was not available and an interview with the defendant was not completed until January 28, 2008. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 03/18/2008 at 9:30am; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | 03/11/2008; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | 03/04/2008; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | 02/26/2008; |
| The proposed presentence report shall be disclosed to counsel no later than: | 02/12/2008. |

Reviewed by: _____
Terri L. Wilkins
Supervising United States Probation Officer

tch:TCH

cc: Kyle Reardon, Assistant United States Attorney
James Greiner, Defense Counsel

Rev. 8/98
CONTJ&S.MRG